HORACE C. RYDER, Respondent, *v.* THE O'DELL & EDDY
COMPANY, Appellant.

*Ryder* v. *O'Dell & Eddy Co.*, 152 App. Div. 954, affirmed.
(Argued March 30, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 24, 1912, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his
employer.

*Clinton D. Gibbs* and *Layton H. Vogel* for appellant.

*Irving W. Cole* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN,
CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.